993 A.2d 1227

IN THE MATTER OF BERNARD MEITERMAN, AN ATTORNEY AT LAW.

June 2, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–160, recommending that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **BERNARD MEITERMAN** of **MANALAPAN,** who was admitted to the bar of this State

in 1989, and who has been suspended from the practice of law since November 1, 2007, be disbarred based on his plea of guilty to using the United States mail to promote and facilitate a racketeering enterprise, in violation of 18 *U.S.C.A.* § 1952(a)(3)(2), conduct that violates *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **BERNARD MEITERMAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having remanded the matter to the Disciplinary Review Board for reconsideration and the filing of a supplemental decision;

And the Disciplinary Review Board having filed with the Court its supplemental decision reaffirming the Board's recommendation that respondent be disbarred;

And good cause appearing;

It is ORDERED that **BERNARD MEITERMAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **BERNARD MEITERMAN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **BERNARD MEITERMAN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.